TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00523-CR

Billy Burt Carter, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY

NO. 489-424, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

PER CURIAM

Appellant Billy Burt Carter pleaded no contest to an information accusing him of
cruelty to animals. The county court at law adjudged him guilty and assessed punishment at
incarceration for one year and a $2000 fine, but suspended imposition of sentence and placed
appellant on community supervision.

A court reporter was not present at trial. Appellant, who represents himself on
appeal, asked for and was given additional time to file a brief, but did not do so. See Tex. R.
App. P. 38.8(b)(4). We have examined the record before us and find no fundamental error that
should be considered in the interest of justice.

The judgment of conviction is affirmed.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Affirmed

Filed: March 11, 1999

Do Not Publish